[No. 33524-3-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINA SUE MORRISON, *Defendant*, ARLETTA JEAN MORRISON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-01015-6, Deborah Fleck, J., entered October 11, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, C.J., and Webster, J.

[No. 33236-8-I.    Division One.    December 27, 1994.]

PATRICIA A. NUZUM, *Appellant*, v. ROHR INDUSTRIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-25254-8, George A. Finkle, J., entered July 23, 1993. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, C.J., and Grosse, J.

[No. 32833-6-I.    Division One.    December 27, 1994.]

·*In the Matter of the Marriage of* LINDA R. DALEY, *Respondent,* and DAN L. DALEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-00943-2, Charles V. Johnson, J., entered February 10, 1993. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ. Now published at 77 Wn. App. 29.